UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MANUEL NICK LUCIO, an individual, and SUZANNE PARISIEN, an individual,<br><br>　　　　　Defendants. | No.: 2:21-cv-01034RSL-TLF<br><br>STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE |

Pursuant to FRCP 41(a), Plaintiff Safeco Insurance Company of America and Defendants Manuel Nick Lucio and Suzanne Parisien (collectively, the "Parties" and individually a "Party") stipulate that any and all claims asserted by any Party against any other Party in this lawsuit shall be dismissed without prejudice and without an award of costs or fees to any Party.

IT IS SO ORDERED this 2nd day of March, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE　　PAGE 1
NO.: 2:21-CV-01034-TLF

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Presented by:

| BULLIVANT HOUSER BAILEY PC | GORDON TILDEN THOMAS & CORDELL |
|---|---|
| By: *Jared F. Kiess*<br>   Michael A. Guadagno, WSBA #34633<br>   michael.guadagno@bullivant.com<br>   Jared F. Kiess, WSBA #54532<br>   jared.kiess@bullivant.com<br><br>*Attorneys for Plaintiff Safeco Insurance Company of America* | By: *Brendan Winslow-Nason*<br>   Brendan Winslow-Nason, WSBA #39328<br>   Bwinslow-Nason@Gordontilden.com<br>   Samantha K. Pitsch, WSBA # 54190<br>   Spitsch@Gordontilden.com<br><br>*Attorneys for Defendant Manuel Nick Lucio* |
| BALL JANIK LLP<br><br>By: *Adele J. Ridenour*<br>   Adele J. Ridenour, WSBA #<br>   Aridenour@Balljanik.com<br><br>*Counsel for Defendant Suzanne Parisien* |  |

STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE
NO.: 2:21-CV-01034-TLF
PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930